### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>SPRINT SPECTRUM L.P.,<br>NEXTEL OPERATIONS, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, and ALCATEL-LUCENT USA INC.,<br><br>      Defendants. | Civil Action No. 2:17-cv-662<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF MARTIN J. BLACK

COMES NOW Plaintiff, Intellectual Ventures II LLC, and hereby notifies the Court and all parties of record that Martin J. Black, State Bar Number 54319, of DECHERT LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA, 19104, (215) 994-4000, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

                                                                           Respectfully submitted,

                                                                           /s/ Martin J. Black
                                                                           Martin J. Black
                                                                           **LEAD ATTORNEY**
                                                                           Pennsylvania Bar No. 54319
                                                                           DECHERT LLP
                                                                           Cira Centre
                                                                           2929 Arch Street
                                                                           Philadelphia, PA 19104
                                                                           Tel: (215) 994-4000
                                                                           Fax: (215) 994-2222
                                                                           martin.black@dechert.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 21st day of September, 2017.

/s/ Martin J. Black