# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **INTELLECTUAL VENTURES II LLC,** | § § § | |
| *Plaintiff*, | § § | **Civil Action No. 2:17-CV-662-JRG** **(LEAD CASE)** |
| v. | § § | |
| **SPRINT SPECTRUM, L.P.,** *et al.*, | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § | |
| v. | § § | |
| **T-MOBILE USA, INC.,** *et al.*, | § § § | **Civil Action No. 2:17-CV-661-JRG** **(CONSOLIDATED CASE)** |
| *Defendants*. | § § | |

## NOTICE OF CHANGE OF LAW FIRM

Notice is hereby given that Asim Bhansali, counsel for Defendants T-Mobile USA, Inc. and T-Mobile US, Inc. has changed firms. The new contact information for Asim Bhansali, counsel of record for Defendants T-Mobile USA, Inc. and T-Mobile US, Inc., is as follows:

> Asim M. Bhansali
> KWUN BHANSALI LAZARUS LLP
> 4 Embarcadero Center, Suite 1400
> San Francisco, California 94111
> Telephone: (415) 630-2350

Dated:  May 3, 2018

Respectfully submitted,

*/s/   Asim M. Bhansali*
Asim M. Bhansali
Texas State Bar No. 90001290
Email: abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: (415) 630-2350

***Counsel for Defendants***
***T-Mobile USA, Inc. and***
***T-Mobile US, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 3, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/   Asim M. Bhansali*
Asim M. Bhansali