**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:17-CV-662-JRG (LEAD CASE) |
| SPRINT SPECTRUM L.P., NEXTEL OPERATIONS, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, and NOKIA OF AMERICA CORPORATION, | § § § § § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § | |
| v. | § § | |
| T-MOBILE USA, INC., T-MOBILE US, INC., ERICSSON INC, TELEFONAKTIEBOLAGET LM ERICSSON, and NOKIA OF AMERICA CORPORATION, | § § § § § § | Civil Action No. 2:17-CV-661-JRG (CONSOLIDATED CASE) |
| *Defendants.* | § | |
| v. | § § | |
| NOKIA OF AMERICA CORPORATION, | § § § | |
| *Intervenor.* | § | |

**DEFENDANTS' NOTICE OF COMPLIANCE REGARDING TECHNICAL TUTORIAL**

Pursuant to the Court's Third Amended Docket Control Order [Dkt. 173] Defendants T-Mobile USA, Inc., T-Mobile US, Inc., Ericsson Inc., Telefonaktiebolaget LM Ericsson, Alcatel-Lucent USA Inc., Sprint Spectrum, L.P. and Nextel Operations, Inc. file this notice to show they submitted their technical tutorial to the Court via hand delivery on September 14, 2018.  A copy was sent to the Plaintiff's counsel of record via electronic mail.

Dated:  September 14, 2018

Respectfully submitted,

  /s/  Melissa R. Smith
Melissa R. Smith
Texas State Bar No. 24001351
Email:  melissa@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 South Washington Ave.
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

Asim M. Bhansali
Texas State Bar No. 90001290
California Bar No. 194925
Email: abhansali@kblfirm.com
Kate Lazarus
State Bar No. 268242
Email: klazarus@kblfirm.com
Kwun Bhansali Lazarus LLP
555 Montgomery Street, Suite 750
San Francisco, California 94111
Telephone: (415) 630-2350

R. Adam Lauridsen
State Bar No. 243780
Email: alauridsen@keker.com
Justina K. Sessions
State Bar No. 270914
Email: jsessions@keker.com
KEKER VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Counsel for Defendants*
*T-Mobile USA, Inc. and*
*T-Mobile US, Inc.*

Douglas M. Kubehl (Lead Counsel)
Texas State Bar No. 00796909
E-mail: doug.kubehl@bakerbotts.com

*/s/ Jason Woodard Cook (with permission)*
Jason Woodard Cook (Lead Counsel)
Texas State Bar No. 24028537
Email: jcook@mcguirewoods.com
MCGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: (214) 932-6418
Facsimile: (214) 273-7483

David E. Finkelson
VA Bar No. 44059
Email: dfinkelson@mcguirewoods.com
George B. Davis
VA Bar No. 83165
Email: gdavis@mcguirewoods.com
Andriana S. Daly
VA Bar No. 80930
Email: adaly@mcguirewoods.com
MCGUIREWOODS LLP
Gateway Plaza, 800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7512
Facsimile: (804) 440-7727

Robert W. Weber
Texas State Bar No. 21044800
Email: bweber@smithweber.com
SMITH WEBER, L.L.P.
5505 Plaza Drive
P.O. Box 6167
Texarkana, Texas 75505
Telephone: (903) 223-5656
Facsimile: (903) 223-5652

*Counsel for Sprint Spectrum, L.P.*
*and Nextel Operations, Inc.*

Jeffery S. Becker
Texas State Bar No. 24069354
E-mail: jeff.becker@bakerbotts.com
Harrison G. Rich
Texas State Bar No. 24083730
E-mail: harrison.rich@bakerbotts.com
Steven T. Jugle
Texas State Bar No. 24083280
E-mail: steven.jugle@bakerbotts.com
Megan V. LaDriere
Texas State Bar No. 24083348
E-mail: melissa.butler@bakerbotts.com
Melissa L. Butler
Texas State Bar No. 24097442
E-mail: melissa.butler@bakerbotts.com
Jonathan B. Rubenstein
Texas State Bar No. 24037403
Email: jonathan.rubenstein@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

**Counsel for Defendants**
**T-Mobile USA, Inc., T-Mobile US, Inc.**
**Ericsson Inc. and Telefonaktiebolaget**
**LM Ericsson**

*/s/  David A. Nelson (with permission)*
David A. Nelson (Lead Counsel)
IL Bar No. 6209623
Email: davenelson@quinnemanuel.com
Brianne M. Straka
State Bar No.
Email: briannestraka@quinnemanuel.com
Stephen A. Swedlow
IL  Bar No. 6234550
Email: stephenswedlow@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Quinn Emanuel Urquhart & Sullivan LLP
500 West Madison Street, Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Deron R. Dacus
Texas State Bar No. 00790553
Email: ddacus@dacusfirm.com
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, Texas75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

**Counsel for Alcatel-Lucent USA Inc**.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 14th day of September, 2018.


 */s/  Melissa R. Smith*
Melissa R. Smith