**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, § § *Plaintiff*, § § v. § | | |
| SPRINT SPECTRUM, L.P., NEXTEL OPERATIONS, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, ALCATEL-LUCENT USA INC., § § § § § § | **CIVIL ACTION NO. 2:17-CV-00662-JRG** (Lead Case) | |
| T-MOBILE USA, INC., T-MOBILE US, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, § § § § § *Defendants*. § | **CIVIL ACTION NO. 2:17-CV-00661-JRG** (Member Case) | |

## ORDER

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules for the assignment of duties to United States magistrate judges, the Court hereby **REFERS** this case to the Honorable Roy S. Payne for all subsequent pretrial matters.

**So ORDERED and SIGNED this 18th day of September, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE