# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DIVISION OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 2:17-cv-662-JRG-RSP |
| SPRINT SPECTRUM L.P., NEXTEL | § | LEAD |
| OPERATIONS, INC., ERICSSON INC., | § | |
| TELEFONAKTIEBOLAGET LM | § | JURY TRIAL DEMANDED |
| ERICCSON, and ALCATEL-LUCENT USA | § | |
| INC., | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| INTELLECTUAL VENTURES II, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| T-MOBILE USA, INC., T-MOBILE US, | § | |
| INC., ERICSSON INC., and | § | Civil Action No. 2:17-cv-661-JRG-RSP |
| TELEFONAKTIEBOLAGET LM | § | |
| ERICSSON, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*, | § | |
| | § | |
| NOKIA OF AMERICA CORPORATION, | § | |
| | § | |
| *Intervenor.* | § | |

## P.R. 4-5 JOINT CLAIM CONSTRUCTION CHART

Pursuant to P.R. 4-5 and the Court's Amended Docket Control Order (D.I. 199), Plaintiff Intellectual Ventures II LLC and T-Mobile USA, Inc. and T-Mobile US, Inc. (collectively "T-Mobile"), Ericsson Inc. and Telefonaktiebolaget LM Ericsson (collectively "Ericsson"), Sprint Spectrum L.P. and Nextel Operations, Inc. (collectively "Sprint"), and Nokia of America Corporation[1] ("Nokia") file this Joint Claim Construction Chart.

The claim construction hearing currently set for November 1, 2018 is set to address, to the extent necessary, asserted U.S. Patent Nos. 8,682,357 (the "`357 Patent"), 9,532,330 (the "`330 Patent"), 8,897,828 (the "`828 Patent"), 8,953,641[2] (the "`641 Patent"), 9,320,018 (the "`018 Patent"), and 9,681,466 (the "`466 Patent").  The Joint Claim Construction Chart indicates the parties' proposed constructions for terms in dispute.

---

[1]   Nokia of America Corporation ("Nokia") is the successor-in-interest to Alcatel-Lucent ("ALU").
[2]   Intellectual Ventures II LLC has not asserted the '641 patent against either ALU or Nokia. Nokia takes no position with respect to the '641 Patent.

DATED:  October 17, 2018                    Respectfully submitted,


                                            By  /s/  *Martin J. Black*
                                            Martin J. Black – **LEAD ATTORNEY**
                                            Pennsylvania Bar No. 54319
                                            Kevin M. Flannery (*pro hac vice*)
                                            Pennsylvania Bar No. 62593
                                            **DECHERT LLP**
                                            Cira Centre
                                            2929 Arch Street
                                            Philadelphia, PA 19104
                                            Tel: (215) 994-4000
                                            Fax: (215) 994-2222
                                            martin.black@dechert.com
                                            kevin.flannery@dechert.com

                                            Justin F. Boyce (*pro hac vice*)
                                            California Bar No. 181488
                                            **DECHERT LLP**
                                            2440 W. El Camino Real, Suite 700
                                            Mountain View, CA 94040-1499
                                            Tel: (650) 813-4800
                                            Fax: (650) 813-4848
                                            justin.boyce@dechert.com

                                            T. John Ward Jr.
                                            Texas Bar No. 00794818
                                            Andrea L. Fair
                                            Texas Bar Number 24078488
                                            Claire Abernathy Henry
                                            Texas Bar No. 24053063
                                            **WARD, SMITH & HILL, PLLC**
                                            1507 Bill Owens Pkwy.
                                            Longview, TX 75604
                                            Tel: (903) 757-6400
                                            Fax: (903) 757-2323
                                            jw@wsfirm.com
                                            andrea@wsfirm.com
                                            claire@wsfirm.com

                                            ***Counsel for Plaintiff Intellectual Ventures I LLC***

By_____/s/ Douglas M. Kubehl_____
Douglas M. Kubehl
  Texas State Bar No. 00796909
  E-mail: doug.kubehl@bakerbotts.com
Jeffery S. Becker
  Texas State Bar No. 24069354
  E-mail: jeff.becker@bakerbotts.com
Johnson K. Kuncheria
  Texas State Bar No. 24070092
  E-mail:johnson.kuncheria@bakerbotts.com
Harrison G. Rich
  Texas State Bar No. 24083730
  E-mail: harrison.rich@bakerbotts.com
Steven T. Jugle
  Texas State Bar No. 24083280
  E-mail: steven.jugle@bakerbotts.com
Megan V. LaDriere
  Texas State Bar No. 24083348
  E-mail: melissa.butler@bakerbotts.com
Melissa L. Butler
  Texas State Bar No. 24097442
  E-mail: melissa.butler@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

**ATTORNEYS FOR ERICSSON INC.,
TELEFONAKTIEBOLAGET LM
ERICSSON, T-MOBILE USA, INC.,
AND T-MOBILE US, INC.**

Melissa R. Smith
  Texas State Bar No. 24001351
  E-mail: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR ERICSSON INC.,
TELEFONAKTIEBOLAGET LM
ERICSSON, T-MOBILE USA, INC.,
AND T-MOBILE US, INC.**

Asim M. Bhansali
  State Bar No. 90001290
  E-mail: abhansali@kblfirm.com
**KWUN BHANSALI LAZARUS LLP**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 391-5400

**ATTORNEYS FOR T-MOBILE USA,
INC., AND T-MOBILE US, INC.**

Justina K. Sessions
  Email: jsessions@keker.com
R. Adam Lauridsen
  Email: alauridsen@keker.com
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

**ATTORNEYS FOR T-MOBILE USA,
INC., AND T-MOBILE US, INC.**

*/s/ Jason W. Cook*
Jason W. Cook (TX 24028537)
**MCGUIREWOODS LLP**
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
T:  +1 214.932.6418
M: +1 214.504.6813
jcook@mcguirewoods.com

David E. Finkelson (pro hac vice)
Kristen M. Calleja (pro hac vice)
Andriana S. Daly (pro hac vice)
George B. Davis (pro hac vice)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219-3916
Telephone:  804-775-1000
Facsimile:  804-698-2016
dfinkelson@mcguirewoods.com
adaly@mcguirewoods.com
gdavis@mcguirewoods.com

Robert W. Weber (TX 21044800)
**Smith Weber LLP**
5505 Plaza Drive
PO Box 6167
Texarkana, TX 75505
Telephone: 903-223-5656
Facsimile: 903-223-5652
bweber@smithweber.com

**ATTORNEY FOR DEFENDANTS SPRINT
SPECTRUM L.P.
AND NEXTEL OPERATIONS, INC.**

By: */s/ David Nelson*
David Nelson

David A. Nelson
Stephen Swedlow
Brianne Straka
John Poulos
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
191 N Wacker Drive
Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Fax: (312) 705-7499
davenelson@quinnemanuel.com
stephenswedlow@quinnemanuel.com
briannestraka@quinnemanuel.com
johnpoulos@quinnemanuel.com

Deron R. Dacus
State Bar No.  00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

**ATTORNEYS FOR NOKIA OF AMERICA
CORPORATION**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 17th day of October, 2018.


*/s/ Martin J. Black*

**P.R. 4-5 JOINT CLAIM CONSTRUCTION CHART**

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | '357 patent, claim 11:<br><br>A method performed by a wireless network, the method comprising:<br><br>   sending, by a first network device, a paging signal to a second network device;<br><br>   paging, by the second network device, a user equipment (UE) in idle mode by sending a message on a control channel, **the message having an allocation of resources for a shared channel and a radio network temporary identity (RNTI) associated with a plurality of UEs including the UE**;<br><br>   sending, by the second network device, a paging message in the allocated resources for the shared channel; and<br><br>   wherein the paging message includes an International Mobile Subscriber Identity (IMSI) or a Temporary Mobile Subscriber Identity (TMSI).<br><br>'357 patent, claim 30:<br><br>A method performed by a network device, the method comprising:<br><br>   paging, by the network device, a user equipment (UE) in idle mode by sending a | "Plain and ordinary meaning, the message conveying an allocation of resources for a shared channel and conveying a radio network temporary identity (RNTI) associated with a plurality of UEs including the UE" | "the message having an allocation of resources for a shared channel and an allocation of a radio network temporary identity (RNTI) associated with a plurality of UEs including the UE" | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | message on a control channel, **the message having an allocation of resources for a shared channel and a radio network temporary identity (RNTI) associated with a plurality of UEs including the UE**; <br><br> sending, by the network device, a paging message in the allocated resources for the shared channel; and <br><br> wherein the paging message includes an International Mobile Subscriber Identity (IMSI) or a Temporary Mobile Subscriber Identity (TMSI). <br><br> '357 patent, claim 47: <br><br> A method performed by a user equipment (UE), the UE comprising: <br><br> receiving, by the UE, in idle mode a message on a control channel to indicate a page in a wireless network, **the message having an allocation of resources for a shared channel and a radio network temporary identity (RNTI) associated with a plurality of UEs including the UE**; <br><br> receiving, by the UE, a paging message in the allocated resources for the shared channel; and <br><br> wherein the paging message includes an International Mobile Subscriber Identity | | | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | (IMSI) or a Temporary Mobile Subscriber Identity (TMSI). | | | |
| 2 | **'330 Patent, claims 1, 8, 18, 25**<br><br>'330 patent, claim 1:<br><br>A network device comprising:<br><br>circuitry configured to receive, from a core network, a paging message related to a user equipment (UE);<br><br>a processor configured to send, on a control channel in a long-term evolution (LTE) network in response to reception of the paging message, a signal to indicate a page of the UE and the signal includes an indication of a shared channel for the UE to receive;<br><br>wherein **the signal** is derived from a radio network temporary-identifier (RNTI); and<br><br>the processor further configured to send a transmission to the UE on the indicated shared channel.<br><br>'330 patent, claim 8:<br><br>The network device of claim 1, wherein **the signal** is sent in a time interval derived from an international mobile subscriber identity (IMSI) associated with the UE. | Plain and ordinary meaning, no construction necessary.  To the extent the Court requires a construction:<br><br>For claims 1, 8, 18, 25: "Plain and ordinary meaning, the signal to indicate a page of the UE"<br><br>For claims 9, 17, 26, 34: "Plain and ordinary meaning, the signal to indicate a page from the network device" | For claims 1, 8, 18, 25: "the signal that (1) indicates a page of the UE and (2) includes an indication of the shared channel for the UE to receive"<br><br>For claims 9, 17, 26, 34: "the signal that (1) indicates a page from a network device and (2) includes an indication of the shared channel" | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | '330 patent, claim 18:<br><br>A method performed by a network device, the method comprising:<br><br>   receiving, by the network device from a core network, a paging message related to a user equipment (UE);<br><br>   sending, on a control channel in a long-term evolution (LTE) network by the network device in response to receiving the paging message, a signal to indicate a page of the UE and the signal includes an indication of a shared channel for the UE to receive;<br><br>   wherein **the signal** is derived from a radio network temporary identifier (RNTI); and<br><br>   sending a transmission to the UE on the indicated shared channel.<br><br>'330 patent, claim 25:<br><br>The method of claim 18, wherein the signal is sent in a time interval derived from an international mobile subscriber identity (IMSI) associated with the UE.<br><br>**'330 patent, claims 9, 17, 26, 34**<br><br>'330 patent, claim 9: | | | |

|  | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
|  | A user equipment (UE) comprising:<br><br>a processor configured to monitor, in a long-term evolution (LTE) network, downlink transmissions for a signal to indicate a page from a network device, wherein the signal includes an indication of a shared channel and **the signal** is derived from a radio network temporary identifier (RNTI); and<br><br>circuitry configured to receive a transmission on the indicated shared channel.<br><br>'330 patent, claim 17:<br>The UE of claim 9, wherein **the signal** is received, by the UE, in a time interval derived from an international mobile subscriber identity (IMSI) associated with the UE.<br><br>'330 patent, claim 34:<br>The method of claim 26, wherein **the signal** is received, by the UE, in a time interval derived from an international mobile subscriber identity (IMSI) associated with the UE. |  |  |  |
| 3 | **'018 Patent Claims 12, 16, 20, 24, and '466 Patent Claims 1, 4, 6, 9** | "Plain and ordinary meaning, wherein allocation of resources for | Defendants' construction for Claims 4 and 9 of the '466 Patent and Claims 12, |  |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | '018 Patent claim 12:<br><br>12. A method performed by a wireless network, the method comprising:<br><br>sending, by the wireless network, a first parameter for each of a plurality of radio bearers of a user equipment (UE), where in each of the plurality of radio bearers is associated with a channel;<br><br>sending, by the wireless network, an allocation message for an uplink resource to the UE;<br><br>receiving, by the wireless network, data from the plurality of radio bearers in response to the allocation message, **wherein allocation of resources for the data of each channel of a radio bearer having a second parameter above zero is provided before another channel's data for transmission having a third parameter less than or equal to zero**; and<br><br>wherein the second parameter is derived from a first channel's first parameter and the third parameter is derived from a second channel's first parameter. | the data of each channel of a radio bearer having a second parameter above zero is provided before the allocation for another channel's data for transmission having a third parameter less than or equal to zero" | 16, and 20 of the '018 Patent: "wherein allocation of resources for the data of each channel of a radio bearer having a second parameter above zero must be provided for transmission of that data before another channel's data having a third parameter less than or equal to zero," or alternatively, indefinite<br><br>Sprint's and T-Mobile's construction for Claims 1 and 6 of the '466 Patent and Claim 24 of the '018 Patent: "wherein resources must be allocated such that transmission of the data of each channel [of a radio bearer] having a second parameter above zero takes place before transmission of data of another channel [of a radio bearer] having a third parameter less than or equal to zero," or alternatively, indefinite | |

| | | | |
|---|---|---|---|
| **'018 Patent claims 16**: <br><br> A method performed by a wireless network, the method comprising: <br><br> sending, by a network device, a first parameter for each of a plurality of radio bearers of a user equipment (UE), wherein each of the plurality of radio bearers is associated with a channel; <br><br> sending, by the network device, an allocation message for an uplink resource to the UE; <br><br> receiving, by the network device, data from the plurality of radio bearers in response to the allocation message, **wherein allocation of resources for the data of each channel of a radio bearer having a second parameter above zero is provided before another channel's data for transmission having a third parameter less than or equal to zero;** <br><br> sending, by the network device to a network controller the data from the plurality of radio bearers of the UE; and <br><br> wherein the second parameter is derived from a first channel's first parameter and the third parameter is derived | | | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | from a second channel's first parameter.<br><br>‘018 Patent claim 20:<br>A method performed by a wireless network device, the method comprising:<br><br>    sending, by the wireless network device, a first parameter for each of a plurality of radio bearers of a user equipment (UE), wherein each of the plurality of radio bearers is associated with a channel;<br><br>    sending, by the wireless network device, an allocation message for an uplink resource to the UE;<br><br>    receiving, by the wireless network device, data from the plurality of radio bearers in response to the allocation message, **wherein allocation of resources for the data of each channel of a radio bearer having a second parameter above zero is provided before another channel's data for transmission having a third parameter less than or equal to zero**; and<br><br>    wherein the second parameter is derived from a first channel's first parameter and the third parameter is derived | | | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | from a second channel's first parameter.<br><br>**'018 Patent claim 24:**<br><br>A method performed by a user equipment (UE), the method comprising:<br><br>utilizing, by the UE, a plurality of radio bearers;<br><br>receiving, by the UE, a first parameter corresponding to each of the plurality of radio bearers from a network device and receiving an allocation message for an uplink resource from the network device;<br><br>allocating, by the UE, resources in response to the allocation message, **wherein resources are allocated for data of each channel of a radio bearer having a second parameter above zero before another channel's data for transmission having a third parameter less than or equal to zero**; and<br><br>wherein the second parameter is derived from a first channel's first parameter and | | | |

9

|  | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
|  | the third parameter is derived from a second channel's first parameter.<br><br>'466 Patent claims 1:<br><br>A user equipment (UE) comprising:<br><br>circuitry configured to receive, from a network device, a first transmission including a first parameter corresponding to each of a plurality of channels and a second transmission including an allocation message for an uplink resource from the network device;<br><br>a processor configured to allocate resources in response to the allocation message,<br><br>**wherein resources are allocated for data of each channel having a second parameter above zero prior to another channel's data for transmission having a third parameter less than or equal to zero prior to another channel's data for transmission having a third parameter less than or equal to zero**; and |  |  |  |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | wherein the second parameter is derived from a first channel's first parameter and the third parameter is derived from a second channel's first parameter.<br><br>'466 Patent claim 6:<br><br>A method performed by a user equipment (UE), the method comprising:<br><br>receiving, from a network device, a first transmission including a first parameter corresponding to each of a plurality of channels and a second transmission including an allocation message for an uplink resource from the network device;<br><br>allocating, by a processor, resources in response to the allocation message, **wherein resources are allocated for data of each channel having a second parameter above zero prior to another channel's data for transmission having a third parameter less than or equal to zero**; and<br><br>wherein the second parameter is derived from a first channel's first parameter and the third parameter is derived | | | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | from a second channel's first parameter.<br><br>'466 Patent claims 4:<br><br>A network device comprising:<br>a transmitter configured to transmit, to a user equipment (UE), a first transmission including a first parameter for each of a plurality of channels;<br><br>the transmitter further configured to transmit a second transmission including an allocation message for an uplink resource;<br><br>circuitry configured to receive a third transmission including data from the plurality of channels in response to the allocation message, **wherein allocation of resources for the data of each channel having a second parameter above zero is provided prior to another channel's data for transmission having a third parameter less than or equal to zero;** and<br><br>wherein the second parameter is derived from a first channel's first parameter and | | | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | the third parameter is derived from a second channel's first parameter. | | | |
| | '466 Patent claim 9: | | | |
| | A method performed by a network device, the method comprising: | | | |
| | transmitting, to a user equipment (UE), a first transmission including a first parameter for each of a plurality of channels; | | | |
| | transmitting a second transmission including an allocation message for an uplink resource; | | | |
| | receiving a third transmission including data from the plurality of channels in response to the allocation message, **wherein allocation of resources for the data of each channel having a second parameter above zero is provided prior to another channel's data for transmission having a third parameter less than or equal to zero**; and | | | |
| | wherein the second parameter is derived from a first channel's first parameter and the third parameter is derived from a second channel's first parameter. | | | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | | | | |
| 4 | **'828 patent, claims 1, 8, 15, 22, 29, 36**<br><br>'828 patent, claim 1:<br><br>A method performed by user equipment (UE), the method comprising:<br><br>   receiving, by the UE, an indication of whether accumulation of transmit power control (TPC) commands is enabled;<br><br>   determining, by the UE, a path loss of a downlink channel;<br><br>   receiving, on a single physical channel by the UE if accumulation is enabled, an allocation of a scheduled uplink resource and a TPC command, wherein the TPC command is accumulated with other received TPC commands;<br><br>   calculating, by the UE if accumulation is enabled, transmit power in association with an uplink communication based on both the path loss and the accumulated TPC commands; and<br><br>   receiving, on **the single physical channel** by the UE if accumulation is not enabled, an allocation of a scheduled uplink resource to transmit data at a power level calculated by the UE based on the path loss. | "Plain and ordinary meaning, a channel capable of carrying an allocation of a scheduled uplink resource and a TPC command" | Claims 1 and 15: "the same physical channel on which the UE receives the allocation of a scheduled uplink resource and a TPC command"<br><br>Claims 8 and 22: "the same physical channel on which the circuitry is configured to receive the allocation of a scheduled uplink resource and a TPC command"<br><br>Claim 29: "the same physical channel on which the network device sends the allocation of a scheduled uplink resource and a TPC command"<br><br>Claim 36: "the same physical channel on which the circuitry is configured to send the allocation of a scheduled uplink resource and a TPC command" | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | '828 patent, claim 8:<br><br>A user equipment (UE) characterized in that:<br><br>circuitry is configured to receive, by the UE, an indication of whether accumulation of transmit power control (TPC) commands is enabled;<br><br>circuitry is configured to determine a path loss of a downlink channel;<br><br>the circuitry is further configured to receive, on a single physical channel if accumulation is enabled, an allocation of a scheduled uplink resource and a TPC command, wherein the TPC command is accumulated with other received TPC commands;<br><br>circuitry is configured to calculate, by the UE if accumulation is enabled, transmit power in association with an uplink communication based on both the path loss and the accumulated TPC commands; and<br><br>the circuitry is further configured to receive, on **the single physical channel** by the UE if accumulation is not enabled, an allocation of a scheduled uplink resource to transmit data at a power level calculated by the UE based on the path loss. | | | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | '828 patent, claim 15:<br><br>A method performed by a wireless network, the method comprising:<br><br>sending, by the wireless network, an indication of whether accumulation of transmit power control (TPC) commands is enabled;<br><br>determining, by a user equipment (UE), a path loss of a downlink channel;<br><br>receiving, on a single physical channel by the UE if accumulation is enabled, an allocation of a scheduled uplink resource and a TPC command, wherein the TPC command is accumulated with other received TPC commands;<br><br>calculating, by the UE if accumulation is enabled, transmit power in association with an uplink communication based on both the path loss and the accumulated TPC commands; and<br><br>receiving, on **the single physical channel** by the UE if accumulation is not enabled, an allocation of a scheduled uplink resource to transmit data to the wireless network at a power level calculated by the UE based on the path loss. | | | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | '828 patent, claim 22:<br><br>A wireless network characterized in that:<br><br>the wireless network is configured to send an indication of whether accumulation of transmit power control (TPC) commands is enabled;<br><br>a user equipment (UE) characterized in that:<br><br>circuitry is configured to determine, by the UE, a path loss of a downlink channel;<br><br>circuitry is configured to receive, on a single physical channel if accumulation is enabled, an allocation of a scheduled uplink resource and a TPC command, wherein the TPC command is accumulated with other received TPC commands;<br><br>circuitry is configured to calculate, by the UE if accumulation is enabled, transmit power in association with an uplink communication based on both the path loss and the accumulated TPC commands; and<br><br>the circuitry is further configured to receive, on **the single physical channel** by the UE if accumulation is not enabled, an allocation of a scheduled uplink resource to transmit data to the wireless network at a | | | |

|  | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
|  | power level calculated by the UE based on the path loss.<br><br>'828 patent, claim 29:<br><br> A method performed by a network device, the method comprising:<br><br>   sending, by the network device, an indication of whether accumulation of transmit power control (TPC) commands is enabled;<br><br>   sending, on a single physical channel by the network device if accumulation is enabled, an allocation of a scheduled uplink resource and a TPC command to be accumulated with other received TPC commands at a user equipment (UE);<br><br>   receiving, by the network device if accumulation is enabled, uplink communication at a transmit power, wherein the transmit power is calculated at the UE based on both a determined path loss of a downlink channel and the accumulated TPC commands; and<br><br>   sending, on **the single physical channel** to the UE if accumulation is not enabled, an allocation of a scheduled uplink resource to transmit data to the network device at a |  |  |  |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | power level calculated at the UE based on the path loss.<br><br>'828 patent, claim 36:<br><br>A network device characterized in that:<br><br>   circuitry is configured to send, by the network device, an indication of whether accumulation of transmit power control (TPC) commands is enabled;<br><br>   the circuitry is further configured to send, on a single physical channel if accumulation is enabled, an allocation of a scheduled uplink resource and a TPC command to be accumulated with other received TPC commands at a user equipment (UE);<br><br>   circuitry is configured to receive, if accumulation is enabled, uplink communication at a transmit power, wherein the transmit power is calculated at the UE based on both a determined path loss of a downlink channel and the accumulated TPC commands; and<br><br>   the circuitry is further configured to send, on **the single physical channel** if accumulation is not enabled, an allocation of a scheduled uplink resource to transmit data | | | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | to the network device at a power level calculated at the UE based on the path loss. | | | |
| 5 | **'828 patent, claims 1, 8, 15, 22, 29, 36**<br><br>'828 patent, claim 1:<br><br>A method performed by user equipment (UE), the method comprising:<br><br>receiving, by the UE, an indication of whether accumulation of transmit power control (TPC) commands is enabled;<br><br>determining, by the UE, a path loss of a downlink channel;<br><br>receiving, on a single physical channel by the UE if accumulation is enabled, an allocation of a scheduled uplink resource and a TPC command, wherein the TPC command is accumulated with other received TPC commands;<br><br>calculating, by the UE if accumulation is enabled, transmit power in association with an uplink communication based on both the path loss and the accumulated TPC commands; and<br><br>**receiving, on the single physical channel by the UE if accumulation is not enabled, an allocation of a scheduled uplink resource to transmit data at a** | "Plain and ordinary meaning, (no negative limitation required)" | Plain and Ordinary Meaning;<br>"[receiving/receive/sending] . . . if accumulation is not enabled an allocation of a scheduled uplink resource to transmit data to the wireless network at a power level calculated by the UE based on the path loss and without using a TPC command" | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | **power level calculated by the UE based on the path loss.** | | | |
| | ′828 patent, claim 8: | | | |
| | A user equipment (UE) characterized in that: | | | |
| | circuitry is configured to receive, by the UE, an indication of whether accumulation of transmit power control (TPC) commands is enabled; | | | |
| | circuitry is configured to determine a path loss of a downlink channel; | | | |
| | the circuitry is further configured to receive, on a single physical channel if accumulation is enabled, an allocation of a scheduled uplink resource and a TPC command, wherein the TPC command is accumulated with other received TPC commands; | | | |
| | circuitry is configured to calculate, by the UE if accumulation is enabled, transmit power in association with an uplink communication based on both the path loss and the accumulated TPC commands; and | | | |
| | the circuitry is further configured to **receive, on the single physical channel by the UE if accumulation is not enabled, an allocation of a scheduled uplink resource to transmit data at a power level** | | | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | **calculated by the UE based on the path loss.** | | | |
| | <u>'828 patent, claim 15:</u> | | | |
| | A method performed by a wireless network, the method comprising: | | | |
| | sending, by the wireless network, an indication of whether accumulation of transmit power control (TPC) commands is enabled; | | | |
| | determining, by a user equipment (UE), a path loss of a downlink channel; | | | |
| | receiving, on a single physical channel by the UE if accumulation is enabled, an allocation of a scheduled uplink resource and a TPC command, wherein the TPC command is accumulated with other received TPC commands; | | | |
| | calculating, by the UE if accumulation is enabled, transmit power in association with an uplink communication based on both the path loss and the accumulated TPC commands; and | | | |
| | **receiving, on the single physical channel by the UE if accumulation is not enabled, an allocation of a scheduled uplink resource to transmit data to the wireless network at a power level** | | | |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | **calculated by the UE based on the path loss.** | | | |
| | <u>'828 patent, claim 22:</u> | | | |
| | A wireless network characterized in that: | | | |
| | the wireless network is configured to send an indication of whether accumulation of transmit power control (TPC) commands is enabled; | | | |
| | a user equipment (UE) characterized in that: | | | |
| | circuitry is configured to determine, by the UE, a path loss of a downlink channel; | | | |
| | circuitry is configured to receive, on a single physical channel if accumulation is enabled, an allocation of a scheduled uplink resource and a TPC command, wherein the TPC command is accumulated with other received TPC commands; | | | |
| | circuitry is configured to calculate, by the UE if accumulation is enabled, transmit power in association with an uplink communication based on both the path loss and the accumulated TPC commands; and | | | |
| | the circuitry is further configured to **receive, on the single physical channel by the UE if accumulation is not enabled, an allocation of a scheduled uplink resource** | | | |

|  | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
|  | **to transmit data to the wireless network at a power level calculated by the UE based on the path loss.** |  |  |  |
|  | '828 patent, claim 29: |  |  |  |
|  | A method performed by a network device, the method comprising: |  |  |  |
|  | sending, by the network device, an indication of whether accumulation of transmit power control (TPC) commands is enabled; |  |  |  |
|  | sending, on a single physical channel by the network device if accumulation is enabled, an allocation of a scheduled uplink resource and a TPC command to be accumulated with other received TPC commands at a user equipment (UE); |  |  |  |
|  | receiving, by the network device if accumulation is enabled, uplink communication at a transmit power, wherein the transmit power is calculated at the UE based on both a determined path loss of a downlink channel and the accumulated TPC commands; and |  |  |  |
|  | **sending, on the single physical channel to the UE if accumulation is not enabled, an allocation of a scheduled uplink resource to transmit data to the network** |  |  |  |

| | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | **device at a power level calculated at the UE based on the path loss.**<br><br><u>'828 patent, claim 36:</u><br><br>A network device characterized in that:<br><br>    circuitry is configured to send, by the network device, an indication of whether accumulation of transmit power control (TPC) commands is enabled;<br><br>    the circuitry is further configured to send, on a single physical channel if accumulation is enabled, an allocation of a scheduled uplink resource and a TPC command to be accumulated with other received TPC commands at a user equipment (UE);<br><br>    circuitry is configured to receive, if accumulation is enabled, uplink communication at a transmit power, wherein the transmit power is calculated at the UE based on both a determined path loss of a downlink channel and the accumulated TPC commands; and<br><br>    the circuitry is further configured to **send, on the single physical channel if accumulation is not enabled, an allocation of a scheduled uplink resource to transmit data to the network device at a power level calculated at the UE based on the path loss.** | | | |

|   | Disputed Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 6 | '641 patent, claim 1:<br><br>A cellular base station, comprising:<br><br>circuitry configured to **transmit a broadcast channel in an orthogonal frequency division multiple access (OFDMA) core-band**, wherein the core-band is substantially centered at an operating center frequency and the core-band includes a first plurality of subcarrier groups, wherein each subcarrier group includes a plurality of subcarriers, the core-band defined as a frequency segment with a bandwidth that is not greater than a smallest operating channel bandwidth among a plurality of operating channel bandwidths, the core-band having a same value for the plurality of operating channel bandwidths, wherein the circuitry is further configured to maintain a fixed spacing between adjacent subcarriers and to adjust a number of usable subcarriers to realize a variable band, wherein the number of usable subcarriers is determined based on the plurality of operating channel bandwidths; and<br><br>circuitry configured to transmit control and data channels using the variable band including a second plurality of subcarrier groups, wherein the variable band includes at least the core-band. | "Plain and ordinary meaning, transmitting a broadcast channel, wherein the entire channel is contained within an orthogonal frequency division multiple access (OFDMA) core-band" | "transmit a broadcast channel, wherein the entire broadcast channel is contained within the OFDMA core band and provides essential radio control channels and a set of data channels in the core band to maintain basic radio operation" | |

27