# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, § § *Plaintiff*, § § v. § § SPRINT SPECTRUM L.P., NEXTEL § OPERATIONS, INC., ERICSSON INC., § TELEFONAKTIEBOLAGET LM ERICSSON, § and ALCATEL-LUCENT USA INC., § § T-MOBILE USA, INC., T-MOBILE US, INC., § ERICSSON INC., and § TELEFONAKTIEBOLAGET LM ERICSSON, § § *Defendants*. § | Case No. 2:17-cv-662-JRG-RSP **LEAD CASE** JURY TRIAL DEMANDED Case No. 2:17-cv-661-JRG-RSP JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF RELEVANT DETERMINATIONS FROM RELATED PROCEEDINGS

Defendants respectfully file this Notice of Relevant Determinations from Related Proceedings to give notice that:

- The PTAB denied instituting *inter partes* review of the challenged Claims 12–14, 16–18, 20–22, 24–25 of U.S. Patent No. 9,320,018 in IPR2018-01185. *See* Ex. A.[1]

Defendants have attached the full PTAB decision on institution as Exhibit A for the Court's convenience.

---

[1] The PTAB has not yet issued an institution decision on the petition challenging claims of the '018 Patent in IPR2018-01764.

1

```
```

Dated:  December 6, 2018

Asim M. Bhansali
  State Bar No. 90001290
  E-mail:  abhansali@kblfirm.com
Kate E. Lazarus
  *Admitted Pro Hac Vice*
  E-mail:  klazarus@kblfirm.com
**KWUN BHANSALI LAZARUS LLP**
555 Montgomery Street, Suite 750
San Francisco, California, 94111
Telephone: (415) 630-2350

R. Adam Lauridsen
  *Admitted Pro Hac Vice*
  E-mail:  alauridsen@keker.com
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

**ATTORNEYS FOR T-MOBILE USA, INC. and T-MOBILE US, INC.**

Respectfully submitted,

By: */s/ Douglas M. Kubehl*
Douglas M. Kubehl
  Texas State Bar No. 00796909
  E-mail:  doug.kubehl@bakerbotts.com
Jeffery S. Becker
  Texas State Bar No. 24069354
  E-mail:  jeff.becker@bakerbotts.com
Johnson K. Kuncheria
  Texas State Bar No. 24070092
  Email: johnson.kuncheria@bakerbotts.com
Harrison G. Rich
  Texas State Bar No. 24083730
  E-mail:  harrison.rich@bakerbotts.com
Steven T. Jugle
  Texas State Bar No. 24083280
  E-mail:  steven.jugle@bakerbotts.com
Megan V. LaDriere
  Texas State Bar No. 24083348
  E-mail:  megan.ladriere@bakerbotts.com
Bryan D. Parrish
  Texas State Bar No. 24089039
  Email: bryan.parrish@bakerbotts.com
Melissa L. Butler
  Texas State Bar No. 24097442
  E-mail:  melissa.butler@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Melissa R. Smith
  Texas State Bar No. 24001351
  E-mail:  melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

**ATTORNEYS FOR T-MOBILE USA, INC., T-MOBILE US, INC, TELEFONAKTIEBOLAGET LM ERICSSON, AND ERICSSON INC**

| | |
|---|---|
| Dated:  December 6, 2018 | Respectfully submitted, |

/s/ Dave E. Finkelson
David E. Finkelson (*pro hac vice*)
Lead Attorney
Kristen M. Calleja (*pro hac vice*)
Andriana S. Daly (*pro hac vice*)
George B. Davis (*pro hac vice*)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone:  804-775-1000
Facsimile:   804-698-2016
dfinkelson@mcguirewoods.com
kcalleja@mcguirewoods.com
adaly@mcguirewoods.com
gdavis@mcguirewoods.com

Jason W. Cook (TX 24028537)
MCGUIREWOODS LLP
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6418
Facsimile: (214) 273-7483
jcook@mcguirewoods.com

Robert W. Weber (TX 21044800)
SMITH WEBER LLP
5505 Plaza Drive
PO Box 6167
Texarkana, TX 75505
Telephone: 903-223-5656
Facsimile: 903-223-5652
bweber@smithweber.com

**ATTORNEYS FOR SPRINT SPECTRUM L.P. AND NEXTEL OPERATIONS, INC.**

Dated:  December 6, 2018                    Respectfully submitted,

/s/ David A. Nelson

Deron R. Dacus
  State Bar No.  00790553
  E-mail:  ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543

David A. Nelson
  E-mail:  davenelson@quinnemanuel.com
Stephen A. Swedlow
  E-mail:  stephenswedlow@quinnemanuel.com
Brianne M. Straka
  E-mail:  briannestraka@quinnemanuel.com
John P. Poulos
  E-mail:  johnpoulos@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

**ATTORNEYS FOR NOKIA OF AMERICA CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 6, 2018.

                                        */s/ Douglas M. Kubehl*
                                        Douglas M. Kubehl