**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | § § § | |
| Plaintiff, | § § | No. 2:17-CV-00662-JRG-RSP |
| v. | § § | |
| SPRINT SPECTRUM, L.P. ET AL, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Objection (Dkt. No. 245) to the Magistrate Judge's Claim Construction Order (Dkt. No. 232). The undersigned has reviewed Magistrate Judge Payne's claim construction order and the Defendants' objections. The undersigned **OVERRULES** the Defendants' objections and **ADOPTS** Judge Payne's claim construction order.

**So ORDERED and SIGNED this 14th day of December, 2018.**


RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE