**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, § § *Plaintiff*, § § v. § § SPRINT SPECTRUM L.P, § NEXTEL OPERATIONS, INC., § ERICSSON INC., § TELEFONAKTIEBOLAGET LM ERICSSON,§ and ALCATEL-LUCENT USA INC., § § *Defendants*. § | | Civil Action No. 2:17-cv-662-JRG LEAD CASE JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC, § § *Plaintiff*, § § v. § § T-MOBILE USA, INC., T-MOBILE US, INC., § ERICSSON INC., and § TELEFONAKTIEBOLAGET LM ERICSSON,§ § *Defendants*, § § NOKIA OF AMERICA CORPORATION, § § *Intervenor*. § | | Civil Action No. 2:17-cv-661-JRG JURY TRIAL DEMANDED |

**T-MOBILE DEFENDANTS' UNOPPOSED MOTION TO SUBSTITUTE LEAD COUNSEL**

Defendants T-Mobile USA, Inc. and T-Mobile US, Inc. ("T-Mobile") respectfully file this motion for substitution of their lead counsel and request that Asim M. Bhansali of Kwun Bhansali Lazarus LLP be substituted as Lead Counsel of Record for T-Mobile USA, Inc. and T-Mobile US, Inc., in place of Douglas M. Kubehl of Baker Botts LLP. Asim M. Bhansali previously entered

an appearance in this matter for T-Mobile. This substitution will not delay T-Mobile's readiness for any of the Court's deadlines, and will not prejudice any party. Counsel for Plaintiff does not object to the filing of this Motion.

Dated: January 9, 2019  Respectfully submitted,

By: */s/ Melissa R. Smith*

Douglas M. Kubehl
Texas State Bar No. 00796909
E-mail: doug.kubehl@bakerbotts.com
Jeffery S. Becker
Texas State Bar No. 24069354
E-mail: jeff.becker@bakerbotts.com
Johnson K. Kuncheria
Texas State Bar No. 24070092
E-mail:johnson.kuncheria@bakerbotts.com
Harrison G. Rich
Texas State Bar No. 24083730
E-mail: harrison.rich@bakerbotts.com
Steven T. Jugle
Texas State Bar No. 24083280
E-mail: steven.jugle@bakerbotts.com
Megan V. LaDriere
Texas State Bar No. 24083348
E-mail: melissa.butler@bakerbotts.com
Melissa L. Butler
Texas State Bar No. 24097442
E-mail: melissa.butler@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Melissa R. Smith
Texas State Bar No. 24001351
E-mail: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, T-MOBILE USA, INC., and T-MOBILE US, INC.**

        Asim M. Bhansali
        State Bar No. 90001290
        E-mail: abhansali@kblfirm.com
        **KWUN BHANSALI LAZARUS LLP**
        555 Montgomery Street, Suite 750
        San Francisco, CA 94111
        Telephone: (415) 391-5400

        Justin K. Sessions
        Email: jsessions@keker.com
        R. Adam Lauridsen
        Email: alauridsen@keker.com
        **KEKER, VAN NEST & PETERS LLP**
        633 Battery Street
        San Francisco, CA 94111
        Telephone: (415) 391-5400
        Facsimile: (415) 397-7188

        **ATTORNEYS FOR T-MOBILE USA, INC., and T-MOBILE US, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 9th day of January, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ Melissa R. Smith*
        Melissa R. Smith