**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II, LLC, <br><br>*Plaintiff*, <br><br>v. <br><br>SPRINT SPECTRUM L.P., NEXTEL OPERATIONS, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICCSON, and ALCATEL-LUCENT USA INC., <br><br>*Defendants.* | § § § § § § § § § § § § § § | Civil Action No. 2:17-cv-662-JRG LEAD <br><br> JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II, LLC, <br><br>*Plaintiff*, <br><br>v. <br><br>T-MOBILE USA, INC., T-MOBILE US, INC., ERICSSON INC., and TELEFONAKTIEBOLAGET LM ERICSSON, <br><br>*Defendants*, <br><br>NOKIA OF AMERICA CORPORATION, <br><br>*Intervenor.* | § § § § § § § § § § § § § § § § § | Civil Action No. 2:17-cv-661-JRG <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Intellectual Ventures II LLC and defendants Sprint Spectrum L.P., Nextel Operations, Inc., Ericsson Inc., Telefonaktiebolaget LM Ericsson, T-Mobile USA, Inc., T-Mobile US, Inc., Alcatel-Lucent USA Inc., and Nokia of America Corporation, hereby file this Joint Motion to Amend the Docket Control Order (Dkt. 284) to extend the deadlines for dispositive and expert motions from February 19 to February 25, and correspondingly to extend the response,

1

reply, and surreply deadlines for dispositive motions as well as the deadlines for motions *in limine* as reflected in the below table. Several depositions of certain expert witnesses have been taking place and are to take place. Additionally, plaintiff's counsel has been in trial on another matter, as well as some defense counsel. The extension of these deadlines further reflects the adjusted pretrial conference date. Thus, the Parties seek this extension to allow additional time to prepare the dispositive and expert motions given the time commitments leading up to the current deadline. The requested extension does not impact any other deadlines set by the DCO or the progress of the case toward the current trial setting.

| **Current Date** | **Amended Date** | **Deadline** |
|---|---|---|
| May 13, 2019 | | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| April 23, 2019 | | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne. |
| | April 12, 2019 | File Responses to Motions in *Limine* |
| April 10, 2019 | | *Notify Court of Agreements Reached During Meet and Confer

The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| April 8, 2019 | | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
| March 27, 2019 | April 2, 2019 | File Motions *in Limine*

The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |

| | | |
|---|---|---|
| March 26, 2019 | April 1, 2019 | Sur-replies to dispositive motions filed February 25, 2019 |
| March 25, 2019 | | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| March 25, 2019 | | Serve Objections to Rebuttal Pretrial Disclosures |
| March 19, 2019 | March 25, 2019 | Replies to dispositive motions filed February 25, 2019 |
| March 14, 2019 | | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| March 12, 2019 | March 18, 2019 | Responses to dispositive motions filed February 25, 2019 |
| March 1, 2019 | | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| February 19, 2019 | February 25, 2019 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  <u>Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require</u> more than agreement among the parties. |
| February 19, 2019 | February 25, 2019 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |

A proposed order granting the relief requested is attached.

DATED:  February 18, 2019  Respectfully submitted,

/s/ *Martin J. Black w/permission Andrea Fair*
Martin J. Black – **LEAD ATTORNEY**
Pennsylvania Bar No. 54319
Kevin M. Flannery (*pro hac vice*)
Pennsylvania Bar No. 62593
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222
martin.black@dechert.com
kevin.flannery@dechert.com

Justin F. Boyce (*pro hac vice*)
California Bar No. 181488
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Tel: (650) 813-4800
Fax: (650) 813-4848
justin.boyce@dechert.com

*Of Counsel:*
T. John Ward Jr.
Texas Bar No. 00794818
Andrea L. Fair
Texas Bar Number 24078488
Claire Abernathy Henry
Texas Bar No. 24053063
Wesley Hill
Texas Bar No. 24032294

WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
Fax: (903) 757-2323
jw@wsfirm.com
andrea@wsfirm.com
claire@wsfirm.com
wh@wsfirm.com

**ATTORNEYS FOR INTELLECTUAL VENTURES II, LLC**

By: *Melissa R. Smith w/permission Andrea Fair*
Douglas M. Kubehl
   Texas State Bar No. 00796909
   E-mail: doug.kubehl@bakerbotts.com
Jeffery S. Becker
   Texas State Bar No. 24069354
   E-mail: jeff.becker@bakerbotts.com
Harrison G. Rich
   Texas State Bar No. 24083730
   E-mail: harrison.rich@bakerbotts.com
Steven T. Jugle
   Texas State Bar No. 24083280
   E-mail: steven.jugle@bakerbotts.com
Megan V. LaDriere
   Texas State Bar No. 24083348
   E-mail: melissa.butler@bakerbotts.com
Johnson K. Kuncheria
Texas State Bar No. 24070092
E-mail:johnson.kuncheria@bakerbotts.com
Melissa L. Butler
   Texas State Bar No. 24097442
   E-mail: melissa.butler@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 700
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

**ATTORNEYS FOR ERICSSON INC., TELEFONAKTIEBOLAGET LM**

Melissa R. Smith
   Texas State Bar No. 24001351
   E-mail: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, T-MOBILE USA, INC., AND T-MOBILE US, INC.**

Asim M. Bhansali
   State Bar No. 90001290
   E-mail: abhansali@kblfirm.com
**KWUN BHANSALI LAZARUS LLP**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 391-5400

**ATTORNEYS FOR T-MOBILE USA, INC., AND T-MOBILE US, INC.**

Justin K. Sessions
   Email: jsessions@keker.com
R. Adam Lauridsen
   Email: alauridsen@keker.com
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street

| | |
|---|---|
| **ERICSSON, T-MOBILE USA, INC., AND T-MOBILE US, INC.** | San Francisco, CA 94111<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>**ATTORNEYS FOR T-MOBILE USA, INC., AND T-MOBILE US, INC.** |
| By: *David Finkelson w/permission Andrea Fair*<br>  David Finkelson (LEAD)<br>  Andriana S. Daly<br>  George B. Davis<br>  **MCGUIREWOODS LLP**<br>  800 East Canal Street<br>  Richmond, VA 23219-3916<br>  Telephone: 804-775-1000<br>  Facsimile: 804-698-2016<br>  SprintIV4MW@mcguirewoods.com<br><br>  Jason W. Cook<br>  Kuan-Chieh Tu<br>  **MCGUIREWOODS LLP**<br>  2000 McKinney Avenue<br>  Suite 1400<br>  Dallas, TX 75201<br>  Telephone: 214-932-6400<br>  Facsimile: 214-932-6499<br>  SprintIV4MW@mcguirewoods.com<br><br>  Robert W. Weber<br>  **SMITH WEBER, LLP**<br>  5505 Plaza Drive<br>  Texarkana, TX 75503<br>  Telephone:  903-223-5656<br>  Facsimile:  903-223-5652<br>  bweber@smithweber.com<br><br>  **ATTORNEYS FOR SPRINT SPECTRUM LP AND NEXTEL OPERATIONS, INC.** | By: *Deron Dacus  w/permission Andrea Fair*<br>  David A. Nelson (LEAD)<br>  Stephen A. Swedlow<br>  Brianne M. Straka<br>  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>   191 N. Wacker Dr., Suite 2700<br>   Chicago, IL 60606<br>   312-705-7400<br>   312-705-7401<br>   nokiaiv-qe@quinnemanuel.com<br><br>   Deron R. Dacus<br>   **THE DACUS FIRM, PC**<br>   821 ESE Loop 323, Suite 430<br>   Tyler, TX 75701<br>   903-705-1117<br>   903-581-2543<br>   ddacus@dacusfirm.com<br><br>   **ATTORNEYS FOR NOKIA CORPORATION OF AMERICA** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this 19th day of February, 2019.

*/s/ Andrea Fair*
Andrea Fair