**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 2:17-cv-662-JRG |
| SPRINT SPECTRUM L.P., NEXTEL | § | LEAD |
| OPERATIONS, INC., ERICSSON INC., | § | |
| TELEFONAKTIEBOLAGET LM | § | JURY TRIAL DEMANDED |
| ERICCSON, and ALCATEL-LUCENT USA | § | |
| INC., | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| INTELLECTUAL VENTURES II, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| T-MOBILE USA, INC., T-MOBILE US, | § | |
| INC., ERICSSON INC., and | § | Civil Action No. 2:17-cv-661-JRG |
| TELEFONAKTIEBOLAGET LM | § | |
| ERICSSON, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants,* | § | |
| | § | |
| NOKIA OF AMERICA CORPORATION, | § | |
| | § | |
| *Intervenor.* | § | |

## JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Plaintiff and Defendants respectfully request leave to exceed the page limits for certain

*Daubert* briefing.  Defendants informed Plaintiff they intend to file a combined *Daubert* motion

related to Plaintiff's damages expert, Mr. Walt Bratic.  Because Defendants intend to file a

combined brief across both cases and all defendants, Defendants request leave for 5 additional

pages to their motion.  Plaintiff agreed to Defendants' request for additional pages and likewise

requested a reciprocal extension for the response.  Accordingly, the parties seek to file one motion and one response that is likewise consolidated, with a 20-page limit instead of the otherwise applicable 15-page limit.

An order reflecting the relief requested is attached for the Court's convenience.


DATED:  February 20, 2019                    Respectfully submitted,


                                             /s/ *Martin J. Black w/permission Andrea Fair*
                                             Martin J. Black – **LEAD ATTORNEY**
                                             Pennsylvania Bar No. 54319
                                             Kevin M. Flannery (*pro hac vice*)
                                             Pennsylvania Bar No. 62593
                                             DECHERT LLP
                                             Cira Centre
                                             2929 Arch Street
                                             Philadelphia, PA 19104
                                             Tel: (215) 994-4000
                                             Fax: (215) 994-2222
                                             martin.black@dechert.com
                                             kevin.flannery@dechert.com

                                             Justin F. Boyce (*pro hac vice*)
                                             California Bar No. 181488
                                             DECHERT LLP
                                             2440 W. El Camino Real, Suite 700
                                             Mountain View, CA 94040-1499
                                             Tel: (650) 813-4800
                                             Fax: (650) 813-4848
                                             justin.boyce@dechert.com

                                             *Of Counsel:*
                                             T. John Ward Jr.
                                             Texas Bar No. 00794818
                                             Andrea L. Fair
                                             Texas Bar Number 24078488
                                             Claire Abernathy Henry
                                             Texas Bar No. 24053063
                                             Wesley Hill
                                             Texas Bar No. 24032294

WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
Fax: (903) 757-2323
jw@wsfirm.com
andrea@wsfirm.com
claire@wsfirm.com
wh@wsfirm.com

**ATTORNEYS FOR INTELLECTUAL
VENTURES II, LLC**

By:  *Melissa R. Smith w/permission Andrea
Fair*
Douglas M. Kubehl
    Texas State Bar No. 00796909
    E-mail: doug.kubehl@bakerbotts.com
Jeffery S. Becker
    Texas State Bar No. 24069354
    E-mail: jeff.becker@bakerbotts.com
Harrison G. Rich
    Texas State Bar No. 24083730
    E-mail: harrison.rich@bakerbotts.com
Steven T. Jugle
    Texas State Bar No. 24083280
    E-mail: steven.jugle@bakerbotts.com
Megan V. LaDriere
    Texas State Bar No. 24083348
    E-mail: melissa.butler@bakerbotts.com
Johnson K. Kuncheria
Texas State Bar No. 24070092
E-mail:johnson.kuncheria@bakerbotts.com
Melissa L. Butler
    Texas State Bar No. 24097442
    E-mail: melissa.butler@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 700
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

**ATTORNEYS FOR ERICSSON INC.,
TELEFONAKTIEBOLAGET LM**

Melissa R. Smith
    Texas State Bar No. 24001351
    E-mail: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR ERICSSON INC.,
TELEFONAKTIEBOLAGET LM
ERICSSON, T-MOBILE USA, INC.,
AND T-MOBILE US, INC.**

Asim M. Bhansali
    State Bar No. 90001290
    E-mail: abhansali@kblfirm.com
**KWUN BHANSALI LAZARUS LLP**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 391-5400

**ATTORNEYS FOR T-MOBILE USA,
INC., AND T-MOBILE US, INC.**

Justin K. Sessions
    Email: jsessions@keker.com
R. Adam Lauridsen
    Email: alauridsen@keker.com
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street

3

**ERICSSON, T-MOBILE USA, INC.,
AND T-MOBILE US, INC.**

San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

**ATTORNEYS FOR T-MOBILE USA,
INC., AND T-MOBILE US, INC.**

By:  *Andriana Daly w/permission Andrea
Fair*

David Finkelson (LEAD)
Andriana S. Daly
George B. Davis
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219-3916
Telephone: 804-775-1000
Facsimile: 804-698-2016
SprintIV4MW@mcguirewoods.com

Jason W. Cook
Kuan-Chieh Tu
**MCGUIREWOODS LLP**
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
Telephone: 214-932-6400
Facsimile: 214-932-6499
SprintIV4MW@mcguirewoods.com

Robert W. Weber
**SMITH WEBER, LLP**
5505 Plaza Drive
Texarkana, TX 75503
Telephone:  903-223-5656
Facsimile:  903-223-5652
bweber@smithweber.com

**ATTORNEYS FOR SPRINT
SPECTRUM LP AND NEXTEL
OPERATIONS, INC.**

By:  *Deron Dacus  w/permission Andrea
Fair*

David A. Nelson (LEAD)
Stephen A. Swedlow
Brianne M. Straka
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
312-705-7400
312-705-7401
nokiaiv-qe@quinnemanuel.com

Deron R. Dacus
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903-705-1117
903-581-2543
ddacus@dacusfirm.com

**ATTORNEYS FOR NOKIA
CORPORATION OF AMERICA**

4

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this 20th day of February, 2019.

*/s/ Andrea Fair*
Andrea Fair