HIGHLY CONFIDENTIAL OUTSIDE ATTORNEY'S EYES ONLY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> SPRINT SPECTRUM L.P., <br> NEXTEL OPERATIONS, INC., <br> ERICSSON INC., <br> TELEFONAKTIEBOLAGET LM ERICSSON, <br> and ALCATEL-LUCENT USA INC., <br><br> *Defendants*. | § § § § § § § § § § § § § § | Civil Action No.  2:17-cv-662-JRG <br><br> JURY TRIAL DEMANDED <br><br> **FILED UNDER SEAL** |
| INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> T-MOBILE USA, INC., T-MOBILE US, INC., <br> ERICSSON INC., and <br> TELEFONAKTIEBOLAGET LM ERICSSON, <br><br> *Defendants*, <br><br> NOKIA OF AMERICA CORPORATION, <br><br> *Intervenor*. | § § § § § § § § § § § § § § § § § § | Civil Action No.  2:17-cv-661-JRG <br><br> JURY TRIAL DEMANDED <br><br> **FILED UNDER SEAL** |

_____

# JOINT STIPULATED MOTIONS *IN LIMINE*

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEY'S EYES ONLY**

Defendants Sprint Spectrum L.P., Nextel Operations, Inc., Ericsson Inc., Telefonaktiebolaget LM Ericsson, T-Mobile USA, Inc., T-Mobile US, Inc., Nokia of America Corporation,[1] and Plaintiff Intellectual Ventures II LLC, hereby stipulate and agree that the following evidence, argument, or suggestion will be prohibited at trial:

1. No evidence, argument, or suggestion relating to experts' prior affiliations with, or retention by, the law firms involved in this case, or relating to prior court rulings or jury verdicts involving experts' opinions.

2. No evidence, argument, or suggestion that Defendants copied or stole anything related to the Patents-in-Suit.

3. No evidence, argument, or suggestion that IPWireless's or Neocific's commercial success or failure was caused in whole or in part by Defendants.

4. No evidence, argument, or suggestion of Ericsson or Nokia sales to any third parties (i) other than T-Mobile (such as Sprint) in the -661 case; and (ii) other than Sprint (such as T-Mobile) in the -662 case.

5. If the Court grants Defendants' pending motion on IV's willfulness claim or IV drops its willfulness claim, no evidence argument, or suggestion related to the willfulness claim.

6. No evidence, argument, or suggestion regarding any government or regulatory investigations into any party (█████████████████████████████████).

7. No evidence, argument, or suggestion regarding IPWireless's business dealings with any Defendant or their affiliates.

8. No evidence, argument, or suggestion regarding the nation of origin of any handset maker/manufacturer.

---

[1] Nokia of America Corporation is the successor-in-interest to Alcatel Lucent USA Inc.

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEY'S EYES ONLY**

9. No evidence, argument, or suggestion regarding IP Wireless's LTE base stations.

10. Exclude evidence tending to tout or disparage the PTO and its examiners, such as by arguing that examiners are careful or overworked or that the PTO is competent or incompetent, as well as any reference to 'good' or 'bad' patents or any similar terms.

11. Exclude reference to the fact that any patent, claim, defense, theory, or accused product or functionality has been dropped from the case.

12. No evidence, argument, or suggestion on the Court's claim construction, including the parties' positions, the Court's rationale, anything inconsistent with the Court's construction, or any other aspect relating to claim construction other than the constructions themselves.

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEY'S EYES ONLY**

Dated:  April 9, 2019

/s/ *Martin J. Black w/permission*

Martin J. Black – **LEAD ATTORNEY**
Pennsylvania Bar No. 54319
Kevin M. Flannery (*pro hac vice*)
Pennsylvania Bar No. 62593
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222
martin.black@dechert.com
kevin.flannery@dechert.com

Justin F. Boyce (*pro hac vice*)
California Bar No. 181488
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Tel: (650) 813-4800
Fax: (650) 813-4848
justin.boyce@dechert.com

*Of Counsel:*
T. John Ward Jr.
Texas Bar No. 00794818
Andrea L. Fair
Texas Bar Number 24078488
Claire Abernathy Henry
Texas Bar No. 24053063
Wesley Hill
Texas Bar No. 24032294

**ATTORNEYS FOR INTELLECTUAL VENTURES II, LLC**

Respectfully submitted,

/s/ *Brianne Straka*
Brianne Straka

Deron R. Dacus  (State Bar No.  00790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

David A. Nelson
Stephen A. Swedlow
Brianne M. Straka
John P. Poulos
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
davenelson@quinnemanuel.com
stephenswedlow@quinnemanuel.com
briannestraka@quinnemanuel.com
johnpoulos@quinnemanuel.com

**ATTORNEYS FOR NOKIA OF AMERICA CORPORATION**

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEY'S EYES ONLY**

Asim M. Bhansali
  State Bar No. 90001290
  E-mail: abhansali@kblfirm.com
Kate E. Lazarus
  *Admitted Pro Hac Vice*
  E-mail: klazarus@kblfirm.com
**KWUN BHANSALI LAZARUS LLP**
555 Montgomery Street, Suite 750
San Francisco, California, 94111
Telephone: (415) 630-2350

**ATTORNEYS FOR T-MOBILE USA, INC. and T-MOBILE US, INC.**

By: */s/ Douglas M. Kubehl w/permission*
Douglas M. Kubehl
  Texas State Bar No. 00796909
  E-mail: doug.kubehl@bakerbotts.com
Jeffery S. Becker
  Texas State Bar No. 24069354
  E-mail: jeff.becker@bakerbotts.com
Johnson K. Kuncheria
  Texas State Bar No. 24070092
  Email: johnson.kuncheria@bakerbotts.com
Harrison G. Rich
  Texas State Bar No. 24083730
  E-mail: harrison.rich@bakerbotts.com
Steven T. Jungle
  Texas State Bar No. 24083280
  E-mail: steven.jugle@bakerbotts.com
Megan V. LaDriere
  Texas State Bar No. 24083348
  E-mail: megan.ladriere@bakerbotts.com
Melissa L. Butler
  Texas State Bar No. 24097442
  E-mail: melissa.butler@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Melissa R. Smith
  Texas State Bar No. 24001351
  E-mail: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR T-MOBILE USA, INC., T-MOBILE US, INC., TELEFONAKTIEBOLAGET LM ERICSSON, and ERICSSON INC.**

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEY'S EYES ONLY**

*/s/ Andriana S. Daly w/permission*
David E. Finkelson (pro hac vice)
Lead Attorney
Andriana S. Daly (pro hac vice)
Kristen M. Calleja (pro hac vice)
George B. Davis (pro hac vice)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: 804-775-1000
Facsimile: 804-698-2016
dfinkelson@mcguirewoods.com
adaly@mcguirewoods.com
kcalleja@mcguirewoods.com
gdavis@mcguirewoods.com

Jason W. Cook (TX 24028537)
MCGUIREWOODS LLP
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6418
Facsimile: (214) 273-7483
jcook@mcguirewoods.com

Robert W. Weber (TX 21044800)
SMITH WEBER LLP
5505 Plaza Drive
PO Box 6167
Texarkana, TX 75505
Telephone: 903-223-5656
Facsimile: 903-223-5652
bweber@smithweber.com

**ATTORNEYS FOR SPRINT SPECTRUM L.P. AND NEXTEL OPERATIONS, INC.**

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEY'S EYES ONLY**

Josh A. Krevitt
New York State Bar No. 2568228
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
E-mail: GDC-T-Mobile-IV4-94@gibsondunn.com

Stuart M. Rosenberg
**GIBSON, DUNN & CRUTCHER LLP**
CA # 239926
1881 Page Mill Road
Palo Alto, CA 94304-1211
Email: GDC-T-Mobile-IV4-94@gibsondunn.com

**ATTORNEYS FOR T-MOBILE USA, INC. AND T-MOBILE US, INC.**

**HIGHLY CONFIDENTIAL OUTSIDE ATTORNEY'S EYES ONLY**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on April 9, 2019, with a copy of this document via electronic mail.

*/s/  Brianne M. Straka*
Brianne M. Straka

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

The undersigned certifies that this document is authorized to be filed under seal pursuant to the protective order governing this cause.

*/s/  Brianne M. Straka*
Brianne M. Straka

## CERTIFICATE OF CONFERENCE

The parties conferred regarding the foregoing motion on April 8, 2019.  This motion is unopposed.

*/s/  Brianne M. Straka*
Brianne M. Straka