# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES II LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:17-CV-0662-JRG-RSP (LEAD) |
| SPRINT SPECTRUM, L.P., ET AL. | § § § | |
| *Defendants*. | § § | |
| T-MOBILE USA, INC., ET AL., | § § § | |
| *Defendants*, | § § § | |
| v. | § § | Case No. 2:17-CV-0661-JRG-RSP (MEMBER) |
| NOKIA OF AMERICA CORPORATION, | § § § | |
| *Intervenor*. | § | |

## MEMORANDUM ORDER

The Court will hear argument on the following motions at the April 23, 2019 pretrial conference:

- Defendants' Motion for Summary Judgment of No Pre-Suit Damages (Dkt. No. 297);

- Defendants' Rule 702 and *Daubert* Motion to Exclude Expert Opinions of Mr. Walter Bratic (Dkt. No. 298); and

- Plaintiff's Motion to Strike References to Dr. Wilkinson's Affiliation with IPWireless (Dkt. No. 307).

**SIGNED this 10th day of April, 2019.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE