**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, § § *Plaintiff* § § v. § §  ──────────────────────────── § SPRINT SPECTRUM L.P., NEXTEL § OPERATIONS, INC. ERICSSON INC., § TELEFONAKTIEBOLAGET LM ERICSSON, § and ALCATEL-LUCENT USA, INC., § § *Defendants.* § § ──────────────────────────── § T-MOBILE USA, INC., T-MOBILE US, INC., § ERICSSON INC., and § TELEFONAKTIEBOLAGET LM ERICSSON, § § *Defendants*, § § NOKIA OF AMERICA CORPORATION, § § *Intervenor.* | Civil Action No. 2:17-cv-662-JRG-RSP **LEAD CASE**   Civil Action No. 2:17-cv-661-JRG-RSP |

## JOINT MOTION TO DISMISS DEFENDANT NOKIA OF AMERICA CORPORATION PURSUANT TO RULE 41(a)(2)

Plaintiff Intellectual Ventures II, LLC ("Intellectual Ventures") and Defendant/Intervenor Nokia of America Corporation[1] ("Nokia") hereby submit this motion and provide notice to the Court pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Court's Standing Order Regarding Dismissal Papers In Connection With Settlement. Intellectual Ventures and Nokia have reached a settlement in this matter. Specifically, Intellectual Ventures and Nokia have agreed to the following terms with respect to dismissal of claims against Nokia and claims involving Nokia products:

---

[1] Nokia of America Corporation is the successor-in-interest to Alcatel-Lucent USA, Inc.

Intellectual Ventures and Nokia stipulate to the following:

(a) Dismissal with prejudice of all claims against Nokia as a party in the Sprint litigation (Civil Action No. 2:17-cv-662); and

(b) Withdrawal of all infringement allegations in the T-Mobile Litigation (Civil Action No. 2:17-cv-661) and Sprint Litigation (Civil Action No. 2:17-cv-662) for which a Nokia product is alleged to satisfy any element of the asserted claim (including where a step in a method claim is alleged to be performed by a Nokia product).

As a result, Nokia products, either alone or in any accused combination where a Nokia product is alleged to satisfy any element of the asserted claim, are dismissed from the above-captioned lawsuits and no longer form a basis of any claim in such actions.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff IV and Defendant Nokia of America Corporation hereby jointly stipulate and move to dismiss all of Plaintiff's claims against Nokia of America Corporation and Alcatel-Lucent USA, Inc. with prejudice. Plaintiff Intellectual Ventures and Defendant Nokia will each bear their own costs, expenses, and legal fees.

Except as expressly set forth above, this joint motion does not affect, and Intellectual Ventures expressly reserves all rights with respect to, Intellectual Ventures' claims against all Defendants in the above-captioned actions other than Nokia.

Dated: April 29, 2019                    Respectfully submitted,

/s/ *Martin Black  w/ permission*
Martin J. Black

Martin J. Black – **LEAD ATTORNEY**
Pennsylvania Bar No. 54319
Kevin M. Flannery (*pro hac vice*)
Pennsylvania Bar No. 62593
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222
martin.black@dechert.com
kevin.flannery@dechert.com

Justin F. Boyce (*pro hac vice*)
California Bar No. 181488
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Tel: (650) 813-4800
Fax: (650) 813-4848
justin.boyce@dechert.com

*Of Counsel:*
T. John Ward Jr.
Texas Bar No. 00794818
Andrea L. Fair
Texas Bar Number 24078488
Claire Abernathy Henry
Texas Bar No. 24053063
Wesley Hill
Texas Bar No. 24032294

**ATTORNEYS FOR INTELLECTUAL VENTURES II, LLC**

/s/ *David Nelson     w/ permission*
David A. Nelson

Deron R. Dacus  (State Bar No.  00790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

David A. Nelson
Stephen A. Swedlow
Brianne M. Straka
John P. Poulos
Athena D. Dalton
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
davenelson@quinnemanuel.com
stephenswedlow@quinnemanuel.com
briannestraka@quinnemanuel.com
johnpoulos@quinnemanuel.com
athenadalton@quinnemanuel.com

**ATTORNEYS FOR NOKIA OF AMERICA CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service through the Court's CM/ECF system under Local Rule CV-5(a)(3) are being served on April 29, 2019, with a copy of this document via electronic mail.

*/s/ Brianne Straka*
Brianne M. Straka
